BEFORE THE THIRD DIVISION, AUGUST 30, 1951

**No. 55841.**—Keer, Maurer Company, Inc., et al. *v.* United States, protests 167471–K, etc. (Philadelphia).

Opinion by EKWALL, J. It was stipulated that the appraisements of the merchandise and the liquidations of the entries were made in the same manner, under facts and circumstances the same in all material respects, as the appraisement and liquidation in *The Gruen Watch Company* v. *United States* (24 Cust. Ct. 101, C. D. 1216). In accordance with stipulation and following the cited authority the claim of the plaintiffs was sustained. It was further held that legal liquidations should be had which would form the basis for protests in which, should they so desire, the importers may litigate any questions presented by such action under section 514, Tariff Act of 1930.

**No. 55842.**—W. A. Cleary Corp. *v.* United States, protests 159676–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of lecithin similar in all material respects to that the subject of *United States* v. *C. J. Tower & Sons* (38 C. C. P. A. 131, C. A. D. 450), the claim of the plaintiff was sustained.

AUGUST 27, 1951

**No. 55843.**—Geo. S. Bush & Co., Inc., et al. *v.* United States, protests 120086–K, etc.—
Plaintiff's application for rehearing denied.

AUGUST 29, 1951

**No. 55844.**—SUIT 4655.—Balfour Guthrie & Co., Ltd., et al. *v.* United States.——C. D. 1232
affirmed May 8, 1951. C. A. D. 457.